PINK MURPHY v. STATE.

No. A-1700.    Opinion Filed November 29, 1913.

Appeal from County Court, Jackson County;
B. N. Woodson, Judge.

Pink Murphy was convicted of gaming, and appeals.    Affirmed.

Lawson & Dabney, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., and Herbert M. Peck, for the State.

PER CURIAM. The plaintiff in error, Pink Murphy, was convicted at the January, 1912, term of the county court of Jackson county on a charge of gaming and his punishment fixed at a fine of $50 and imprisonment in the county jail for a period of sixty days. Upon a careful examination of the record we are of the opinion that the judgment should be affirmed, and it is so ordered.